UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victor L. Williams,                                    CIVIL 05-2947 PAM/FLN

                    Plaintiff,                   **ORDER OF DISMISSAL**

v.

Midwest Readers, et al.,

                    Defendants.

-----------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date

of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is  **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to

afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: June   15  , 2006

                                        s/Paul A. Magnuson
                                          Paul A. Magnuson, Judge
                                          United States District Court